# AKIN GUMP
## STRAUSS HAUER & FELD LLP

Attorneys at Law

DOUGLAS RAPPAPORT
212.872.7412/fax: 212.872.1002
drappaport@akingump.com

March 25, 2011

**MEMO ENDORSED**

The Application is granted to the extent that FTI Consulting's time to answer or otherwise move with respect to the Amended Complaint is extended to April 28, 2011.
SO ORDERED.

Paul G. Gardephe, U.S.D.J.

Dated: March 28, 2011

**VIA FACSIMILE**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: *Amr et al. v. Sollitto et al.*, 10-cv-5194 (PGG)

Dear Judge Gardephe:

We represent defendant FTI Consulting, Inc. ("FTI") in the above-captioned action (the "Action"). Pursuant to our discussions with Chambers, and with the consent of Plaintiffs' counsel, we write to inform the Court that the parties to the Action have reached a settlement in principle, and are drafting a settlement and release agreement and stipulation of withdrawal.

The parties therefore request that FTI's time to move, answer, or otherwise respond to Plaintiffs' Amended Complaint be adjourned indefinitely while the parties finalize the settlement. We will advise the Court immediately if for any reason the parties fail to arrive at definitive settlement papers.

Please do not hesitate to contact us if the Court wishes to discuss this matter further.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11

Respectfully Submitted,

Douglas Rappaport

cc: Lee Squitieri (Squitieri & Fearon, LLP, counsel for Plaintiffs, via facsimile and e-mail)

One Bryant Park | New York, NY 10036 | 212.872.1000 | fax: 212.872.1002 | www.akingump.com