```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMR M. AMR, *et al.*,

        Plaintiffs,

v.

VINCENT F. SOLLITTO, JR., *et al.*,

        Defendants.

Civil No. 10-cv-5194 (PGG)

**STIPULATION OF SETTLEMENT AND DISMISSAL OF ACTION**

  WHEREAS, plaintiffs Amr M. Amr, et al. ("Plaintiffs") filed a complaint (the "Complaint") in the above-captioned action (the "Action") with this Court on July 7, 2010, and filed an Amended Complaint on February 1, 2011;

  WHEREAS, the date for FTI to move, answer, or otherwise respond to the Amended Complaint is May 5, 2011;

  WHEREAS, the parties have now reached a settlement of the Action;

  NOW THEREFORE, in order to conclude the Action and to fulfill the requirements of the parties' settlement agreement,

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the Action, through their undersigned counsel, that the Action should be dismissed as to defendants FTI Consulting, Inc. ("FTI") and Gregory Rayburn ("Rayburn"), without prejudice.

  IT IS HEREBY FURTHER STIPULATED AND AGREED that, on the day that is 90 calendar days after the date on which the parties' hereto executed this Stipulation, the dismissal will become a dismissal with prejudice as to FTI, Rayburn, and all Plaintiffs, and Plaintiffs will not be permitted to revive the Action against FTI or Rayburn under any circumstances.

IT IS HEREBY FURTHER STIPULATED AND AGREED that FTI, Rayburn, and Plaintiffs will retain the rights to enforce the Settlement Agreement provided in paragraphs II.A and II.B of that Agreement.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the dismissal with prejudice will become effective on the 90th day after the execution of this Stipulation with the Court without further action on the part of defendants FTI Consulting, Inc., Gregory Rayburn, Plaintiffs, or the Court.

Dated: New York, New York
May 5, 2011

SQUITIERI & FEARON, LLP

By: _____
Lee Squitieri
32 East 57th Street
New York, NY 10022
Telephone: (212) 421-6492
Facsimile: (212) 455-6553
lee@sfclasslaw.com

Mark C. Gardy
James S. Notis
Charles Germershausen
GARDY & NOTIS, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337

*Attorneys for Plaintiffs Amr M. Amr et al.*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Douglas Rappaport
Jacob J. Waldman
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
drappaport@akingump.com
jwaldman@akingump.com

*Attorneys for Defendant FTI Consulting, Inc.*

The Clerk of the Court is directed to close this case

SO ORDERED:

_____ May 5, 2011

Hon. Paul G. Gardephe, SDNY

2